IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
APR 2 1 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 10-30068-MJR |
| ) | |
| BLAKE JOSEPH YOUNG, ) | Title 18, United States Code, |
| ) | Sections 2251(a) and (e) and 2252(a)(4)(B) |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Production of Child Pornography**

On or about March 21, 2010, in Madison County, Illinois, within the Southern District of Illinois,

**BLAKE JOSEPH YOUNG,**

defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, a twelve year old boy, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 2

### Possession of Child Pornography

On or about March 21, 2010, in Madison County, Illinois, within the Southern District of Illinois,

**BLAKE JOSEPH YOUNG,**

defendant herein, did knowingly possess a Samsung cellular phone that contained a visual depiction of a minor boy who was approximately fourteen or fifteen years old which was produced using materials that have been mailed, shipped and transported in interstate or foreign commerce by any means; the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

**A TRUE BILL**

FOREPERSON

SUZANNE M. GARRISON
Assistant United States Attorney

A. COURTNEY COX
United States Attorney

Bond recommendation: Detention