IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. _10_-CR-_30068-MJR_ |
| BLAKE JOSEPH YOUNG, | ) ) ) |
| Defendant. | ) |

## WAIVER OF SPEEDY TRIAL RIGHTS

I, Defendant _Blake Joseph Young_, have consulted with my attorney regarding the provisions of the federal statute commonly called the "Speedy Trial Act," 18 U.S.C. § 3161. Fully understanding my rights and entitlements under that Act, I hereby **waive** those rights and entitlements and consent to a continuance of this case beyond the time limits and exclusions set forth in that Act.

_Blake Young_  
Defendant

_____  
Counsel for Defendant

Dated: _6-25-10_