UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

[ ] Benton     [X] East St. Louis

[ ] Initial Appearance   [ ] Arraignment   [X] Change of Plea   [ ] Plea to Information

CRIMINAL NO. 10-30068-001-MJR              DATE: August 31, 2010
U.S.A. vs. BLAKE JOSEPH YOUNG              JUDGE: **HON. MICHAEL J. REAGAN**
  [X] Present [X] Custody  [ ] Bond
DEFT. COUNSEL: Stephen Williams            Reporter: Barb Kniepmann
  [X] Present [X] Apptd.  [ ] Retained  [ ] Waived
GOVT. COUNSEL: Suzanne Garrison            Deputy: Debbie DeRousse
                                           Time: 10:00 - 10:25 A.M.

[X] Defendant sworn
[ ] Defendant waives reading of Indictment   [ ] Indictment read to defendant
[ ] Indictment waived   [ ] Waiver, Consent and Information Filed _____ Counts
[X] Defendant advised of constitutional rights.   [X] Defendant advised of charges and penalties.
[ ] Defendant arraigned on [ ] Indictment  [ ] Information
[X] Defendant withdraws plea of **Not Guilty** as to count(s) 1-2 of the Indictment
[X] Plea:    [X] **Guilty** as to Count(s) 1-2 of the Indictment
             [ ] Not Guilty as to Count(s)_____
             [ ] Nolo Contendere as to Count(s)_____
[X] No Plea Agreement   [ ] Plea Agreement   [ ] Oral   [ ] Written
[X] Court accepts plea of guilty and adjudges defendant guilty.
[ ] Order for Pre-trial Discovery and Inspection entered, filed and distributed.
[ ] Final pre-trial conference set for _____ at _____ in _____ IL.
[ ] Jury Trial set for _____ at _____ in _____ IL.
[ ] Bond set at $_____ **unsecured/secured**. (See attached for terms & conditions).
[ ] Motion for detention made by government counsel   [ ] Granted  [ ] Denied
[ ] Detention hearing set for _____ at _____ before Judge _____ in _____ IL.
[X] Matter referred to U.S. Probation for pre-sentence investigation and report.
[ ] Defendant waives pre-sentence investigation and signs waiver in open court.
[X] Disposition set for **December 3, 2010** at **01:30 PM** in **East St. Louis**, IL.
[ ] Bond  [ ] Revoked   [ ] Continued   [ ] Changed/Amended (**not possess any firearm, weapons, destructive device, or other dangerous weapon**)
[X] Defendant remanded to custody of U.S. Marshal
[ ] Order of Detention previously entered to remain in full force and effect.
[ ] _____
[ ] Date of arrest _____
*[ ] No further notice will be given