IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  10-30068-MJR-1 |
| | ) | |
| BLAKE JOSEPH YOUNG, | ) | |
| | ) | |
|     Defendant. | ) | |

## DOCKETING STATEMENT

NOW COMES the Defendant Blake Joseph Young, pursuant to Circuit Rules 3(c)(1) and 28(a) of the Seventh Circuit Rules of Procedure makes the following docketing statement: Federal jurisdiction in this case is premised on 18 U.S.C. § 3231.  This Court has Appellate jurisdiction over this matter pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742.  Judgment in this case was entered on December 3rd,  2010.  The Notice of Appeal was filed in this case on the 16th Day of December, 2010.

Respectfully submitted,

/s/Phillip J. Kavanaugh, III
PHILLIP J. KAVANAUGH, III
Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

ATTORNEY FOR DEFENDANT
BLAKE JOSEPH YOUNG

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has caused a true and correct copy of the foregoing to be served upon Suzanne M. Garrison, Assistant United States Attorney, Southern District of Illinois, Nine Executive Drive, Fairview Heights, Illinois 62208,  via electronic filing with the Clerk of the Court using the CM/ECF system this 16th day of December, 2010.

*/s/* Phillip J. Kavanaugh, III

PHILLIP J. KAVANAUGH, III